**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHIVA STEIN,<br>Plaintiff,<br>v.<br>KENNETH C. ALDRICH, J. CHRIS BREWSTER, GLINDA BRIDGFORTH HODGES, RAJEEV V. DATE, SATURNINO FANLO, WILLIAM I. JACOBS, DAN R. HENRY, JEFFREY B. OSHER, ELLEN RICHEY, GEORGE T. SHAHEEN, and GREEN DOT CORPORATION,<br>Defendants. | No. 1:20-cv-02230-AMD-VMS |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Shiva Stein hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice against defendants Kenneth C. Aldrich, J. Chris Brewster, Glinda Bridgforth Hodges, Rajeev V. Date, Saturnino Fanlo, William I Jacobs, Dan R. Henry, Jeffrey B. Osher, Ellen Richey, George T. Shaheen, and Green Dot Corporation. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon filing of this notice.

***[Signature on Following Page]***

Dated: August 28, 2020

**FIELDS KUPKA & SHUKUROV LLP**

By: /s/ *Christopher J. Kupka*
William J. Fields (wfields@fksfirm.com)
Christopher J. Kupka (ckupka@fksfirm.com)
Samir Shukurov (sshukurov@fksfirm.com)
1370 Broadway, 5th Floor – #5100
New York, New York 10018
(T) 212.231.1500

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Benjamin Kaufman (kaufman@whafh.com)
Gloria Kui Melwani (melwani@whafh.com)
270 Madison Avenue
New York, NY 10016
(T) 212 545-4600

*Attorneys for Plaintiff*